IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:12CR3118 |
| KEVIN G. BARREAU, | ) ) ) |
| Defendant. | ) ) |

## **ORDER**

THIS MATTER comes before the Court on the Defendant's Motion to Extend the Deadline for Filing Pretrial Motions, filing 27, from December 14, 2012, until December 21, 2012. The Court, being fully advised in the premises, finds said motion should be granted.

IT IS THEREFORE ORDERED that Mr. Barreau shall file any pretrial motions in the above captioned matter no later than December 21, 2012. This Court further finds that, based upon the showing set forth in Defendant's Motion, the ends of justice will be served by extending the deadline for filing pretrial motions. Further, that taking such action outweighs the best interests of the public and Mr. Barreau in a speedy trial. Accordingly, the time from December 14, 2012, until December 21, 2012, shall be excluded from any speedy trial calculation pursuant to 18 U.S.C. §3161(h)(7)(A).

Dated this 14th day of December, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
The Honorable Cheryl R. Zwart
United States Magistrate Judge